**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

KRISTIN NEWVINE,

                Petitioner

              v.

JERSEY SHORE AREA SCHOOL
DISTRICT,

                Respondent

: No. 662 MAL 2018
:
:
:
: Petition for Allowance of Appeal from
: the Order of the Commonwealth Court
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

      **AND NOW**, this 3rd day of April, 2019, the Petition for Allowance of Appeal is **DENIED**.